

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00248-CV

| | | |
|---|---|---|
| CARRIE LEIJA, Appellant | § | On Appeal from County Court at Law No. 1 |
| V. | § | of Tarrant County (2021-003178-1) |
| | § | August 18, 2022 |
| DE KORO HOMES LLC, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the trial court's judgment should be vacated and that the appeal should be dismissed. It is ordered that the trial court's judgment is vacated and that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
　　Chief Justice Bonnie Sudderth